# United States District Court
## Southern District of Georgia

MARCUS FENNELL,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-15

WARDEN AIMEE SMITH,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 11, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Petitioner's 28 U.S.C. § 2254 Petition is dismissed without prejudice based on Petitioner's failure to follow a Court Order and to prosecute. Additionally, Petitioner is denied in forma pauperis on appeal and a Certificate of Appealability. This case stands closed.

Approved by: _____

March 3, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Jamie Sabalza*

(By) Deputy Clerk